BLAKE HOUSTON SMITH
TIFFANY RUTLAND SMITH
155 DWIGHT SMITH LN
MENDENHALL, MS 39114

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND, MS 39157

BRITTANY PEAVY
588 OLD HEBRON RD
PRENTISS, MS 39474

BULL CITY FINANCIAL
ATTN: BANKRUPTCY
2609 N DUKE ST #500
DURHAM, NC 27704

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CAPITAL BANK N.A.
2275 RESEARCH BLVD
STE 600
ROCKVILLE, MD 20850

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

JEFF D. RAWLINGS
RAWLINGS & MACINNIS
PO BOX 1789
MADISON, MS 39130-1789

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

LESLIE GREEN
439 PEACOCK RD
MENDENHALL, MS 39114

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

OPPLOANS
ATTN: BANKRUPTCY
P.O. BOX 5040
FREDERICKSBURG, VA 22403

PRIORITY ONE BANK
PO BOX 186
MENDENHALL, MS 39114

RYAN MILLIS
PO BOX 699
MAGEE, MS 39111

SKYLAR KINCHEN
520 S MAIN
MENDENHALL, MS 39114

SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101