United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 26-01323-KMS

Blake Houston Smith                                                      Chapter 13

Tiffany Rutland Smith

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID**          **Recipient Name and Address**
db/jdb           +  Blake Houston Smith, Tiffany Rutland Smith, 155 Dwight Smith Ln, Mendenhall, MS 39114-4892

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name**          **Email Address**

David Rawlings
      ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
      on behalf of Joint Debtor Tiffany Rutland Smith trollins@therollinsfirm.com
      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
      on behalf of Debtor Blake Houston Smith trollins@therollinsfirm.com
      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
      USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3                    User: mssbad                           Page 2 of 2
Date Rcvd: May 13, 2026                 Form ID: def                          Total Noticed: 1
TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

Blake Houston Smith
aka Blake Smith

Tiffany Rutland Smith
aka Tiffany Smith, aka Rutland Smith Tiffany, fka Tiffany
Rutland

**CASE NO.:** 26−01323−KMS

**CHAPTER** 13

**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

 Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above−referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

 For this case to be administered, it is necessary that the Debtor(s) file the following documents:

        Chapter 13 Plan due 05/27/2026
        Aty Disclosure Stmt. due 05/27/2026
        Ch13 Income Form 122C−1 due 05/27/2026
        Sum. of Assets and Liabilities due 05/27/2026
        Schedules A−J2 due 05/27/2026
        Stmt. of Fin. Affairs due 05/27/2026

 **IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **May 27, 2026**, the Court will dismiss the Bankruptcy Case without further notice or hearing.

**Dated: May 13, 2026**

           **/s/Katharine M. Samson**
           **United States Bankruptcy Judge**

odefntc (1/26)