Certificate Number: 17082-MSS-DE-041009569

Bankruptcy Case Number: 26-01323



17082-MSS-DE-041009569

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2026, at 5:26 o'clock PM MST, BLAKE  H SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 22, 2026                              By:      /s/Orsolya K Lazar

                                                          Name:   Orsolya K Lazar

                                                          Title:   Executive Director