# Proceeding Minutes / Proceeding Memo

**Case #:**  26-01323          **Case Name:**  Blake Houston Smith and Tiffany Rutland Smith

**Set:**  07/14/2026 01:30 pm  **Chapter:**  13  **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [7] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)