United States Bankruptcy Court

Southern District of Mississippi

In re:

Blake Houston Smith

Tiffany Rutland Smith

   Debtors

Case No. 26-01323-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: Jul 09, 2026

User: mssbad

Form ID: n031

Page 1 of 3

Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Blake Houston Smith, Tiffany Rutland Smith, 155 Dwight Smith Ln, Mendenhall, MS 39114-4892 |
| 5680542 | + | Allied Solutions on behalf of Securian Casualty Co, c/o Armando Nozzolillo, Esq., 301 S. College Street, Suite 3500, Charlotte, NC 28202-6050 |
| 5671249 | | Brittany Peavy, 588 Old Hebron Rd, Prentiss, MS 39474 |
| 5671259 | | Jeff D. Rawlings, Rawlings & MacInnis, PO Box 1789, Madison, MS 39130-1789 |
| 5671261 | + | Leslie Green, 439 Peacock Rd, Mendenhall, MS 39114-6195 |
| 5671266 | + | Priority One Bank, PO Box 186, Mendenhall, MS 39114-0186 |
| 5673219 | | River Oaks Hospital, LLC dba Merit Health River Oa, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5671267 | + | Ryan Millis, PO Box 699, Magee, MS 39111-0699 |
| 5671268 | + | Skylar Kinchen, 520 S Main, Mendenhall, MS 39114-4014 |
| 5671270 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5671247 | Email/Text: ebn@21stmortgage.com | Jul 09 2026 19:32:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5671248 | + Email/Text: znotice@bankplus.net | Jul 09 2026 19:33:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5671250 | + Email/Text: ocrimport@arm.bullcityfinancial.com | Jul 09 2026 19:33:00 | Bull City Financial, Attn: Bankruptcy, 2609 N Duke St #500, Durham, NC 27704-0015 |
| 5674270 | Email/Text: ebnnotifications@creditacceptance.com | Jul 09 2026 19:32:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5671251 | + Email/Text: caineweiner@ebn.phinsolutions.com | Jul 09 2026 19:32:23 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5671252 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2026 19:38:20 | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5671253 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2026 19:38:20 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5671254 | + Email/Text: bankruptcy@credencerm.com | Jul 09 2026 19:33:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5671255 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 09 2026 19:32:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5671256 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2026 19:38:17 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5671257 | + Email/Text: EBN@edfinancial.com | Jul 09 2026 19:32:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 5671258 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 09 2026 19:33:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, |

District/off: 0538-3     User: mssbad     Page 2 of 3

Date Rcvd: Jul 09, 2026     Form ID: n031     Total Noticed: 34

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Beaverton, OR 97076-4401 |
| 5693653 | + Email/Text: gbechakas@outlook.com | Jul 09 2026 19:32:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5671260 | + Email/Text: bankruptcy@kikoff.com | Jul 09 2026 19:32:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5671262 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 19:38:20 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5674729 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 19:38:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5671263 | + Email/Text: constance.morrow@mdhs.ms.gov | Jul 09 2026 19:32:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5676769 | + Email/Text: FSBank@franklinservice.com | Jul 09 2026 19:32:00 | Magee After Hours Clinic, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5671265 | + Email/Text: opportunitynotices@gmail.com | Jul 09 2026 19:33:00 | OppLoans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 5671264 | + Email/Text: opportunitynotices@gmail.com | Jul 09 2026 19:33:00 | OppLoans, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5682886 | Email/Text: bankruptcy@springoakscapital.com | Jul 09 2026 19:32:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5671269 | Email/Text: bankruptcy@springoakscapital.com | Jul 09 2026 19:32:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5675698 | + Email/Text: EBN@edfinancial.com | Jul 09 2026 19:32:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 5671271 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 09 2026 19:32:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

District/off: 0538-3          User: mssbad          Page 3 of 3

Date Rcvd: Jul 09, 2026          Form ID: n031          Total Noticed: 34

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Tiffany Rutland Smith trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Blake Houston Smith trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−01323−KMS
**Chapter:** 13

**In re:**

Blake Houston Smith
aka Blake Smith
155 Dwight Smith Ln
Mendenhall, MS 39114

Tiffany Rutland Smith
aka Tiffany Smith, aka Rutland Smith
Tiffany, fka Tiffany Rutland
155 Dwight Smith Ln
Mendenhall, MS 39114

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 9, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 9, 2026

Danny L. Miller, Clerk of Court