**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Tiffany Rutland Smith                    **BANKRUPTCY NO. 26-01323-KMS**

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for BankPlus, a Mississippi Banking Corporation and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> John S. Simpson, MSB No. 8525
> Simpson Law Firm PA
> Attorney for BankPlus, a Mississippi Banking Corporation
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> jsimpson@simpsonlawfirm.net

Date:  July __13__, 2026.

_____
John S. Simpson

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

| | |
|---|---|
| Thomas Carl Rollins, Jr., MSB No. 103469<br>Attorney for Debtor<br>The Rollins Law Firm P.O. Box 13767<br>Jackson, MS 39236<br>(601)500-5533<br>trollins@therollinsfirm.com | David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403<br>(601)582-5011<br>drawlings@rawlings13.net |

by electronic notice, on July __13__, 2026.

_____
John S. Simpson