UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                      CHAPTER 13 PROCEEDING:

BLAKE HOUSTON SMITH                                         26-01323 KMS
TIFFANY RUTLAND SMITH
155 Dwight Smith Ln
Mendenhall, MS  39114

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtors is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtors for the following reason:  appears timely filed and allowed unsecured claims are more than debtors anticipated.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtors' Plan Payment to the sum of $2,441.18 per month beginning with the month of September 12, 2026.

RESPECTFULLY SUBMITTED:  August 04, 2026

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtors, Debtors' Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  August 04, 2026.

DEBTORS:

BLAKE HOUSTON SMITH
TIFFANY RUTLAND SMITH
155 Dwight Smith Ln
Mendenhall, MS  39114

ATTORNEY FOR DEBTORS:            U.S. TRUSTEE:

THOMAS C. ROLLINS, JR            501 East Court Street
P O Box 13767                    Suite 6-430
Jackson, MS  39236               Jackson, MS  39201

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE