**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BLAKE HOUSTON & TIFFANY RUTLAND SMITH | BANKRUPTCY CASE NO.<br>26-01323 KMS |

**ORDER INCREASING PLAN PAYMENT**

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Increase Plan Payment (DK#25) and the Court finds that no response to the Motion was filed and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plan payment be, and the same hereby is, increased to the sum of $2,441.18 per month beginning the month of September 12, 2026.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net